GEORGE H. BROOKS, Respondent, *v.* ERIE FIRE INSURANCE COMPANY, Appellant.

*Brooks* v. *Erie Fire Ins. Co.*, 76 App. Div. 275, affirmed.
(Argued January 19, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 21, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Louis L. Babcock* for appellant.

*T. E. Courtney* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT. MARTIN, VANN and WERNER, JJ.